EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JEFFREY M. LAURENCE
Deputy Attorney General
State Bar No. 183595
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-3664
   Telephone: (415) 703-5897
   Fax: (415) 703-1234
   Email: Jeff.Laurence@doj.ca.gov
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DAMEON RAY FRANKLIN,** | C 08-3811 WHA (PR) |
| Petitioner, | **MOTION TO DISMISS FOR UNTIMELINESS** |
| **v.** | |
| **ANTHONY HEDGPETH, Warden,** | |
| Respondent. | |

Respondent hereby moves to dismiss the petition for writ of habeas corpus for failure to comply with the statute of limitations established by the Antiterrorism and Effective Death Penalty Act (AEDPA) in 28 U.S.C. § 2244(d).

A motion to dismiss in lieu of an answer on the merits is proper where the petition is procedurally defective. *See White v. Lewis*, 874 F.2d 599, 602 (9th Cir. 1989); *O'Bremski v. Maass*, 915 F.2d 418, 420 (9th Cir. 1990); Rules Governing 28 U.S.C. § 2254 Cases, Rule 4, and Advisory Committee Notes; *see also Jablon v. Dean Whitter & Co.*, 614 F.2d 677, 682 (9th Cir. 1980) (motion to dismiss proper if time bar is clear from face of complaint).

We have not noticed a hearing date because petitioner is an incarcerated state prisoner who is representing himself in this action.

Motion To Dismiss For Untimeliness - C 08-3811 WHA (PR)

1

## STATEMENT OF THE CASE

2     On September 9, 2007, the trial court imposed judgment on petitioner following his

3 conviction on two counts of forcible rape committed in concert (Cal. Penal Code §§ 261(a)(2) &

4 261.1), and two counts of forcible oral copulation in concert (Cal. Penal Code § 288a(d)), sentencing

5 petitioner to 18 years in state prison.  Pet. Exh. 5 at 1-2.

6     On June 6, 2003, the California Court of Appeal affirmed petitioner's conviction in an

7 unpublished opinion.  Resp. Exh. 1.  Petitioner did not file a petition for review.  Resp. Exh. 2

8 (reflecting that petitioner did not file a petition for review, and that only petitioner's two

9 codefendants filed petitions for review); *see also* Pet. at 14-26 (Petitioner's Petition for Writ of

10 Habeas Corpus filed in the California Supreme Court, which is attached to petitioner's instant

11 petition as an unnumbered exhibit, immediately before the numbered exhibits, acknowledges that

12 he did not file a petition for review from the denial of his appeal); Pet. Exh. 1 at 5 (Petitioner's

13 Petition for Writ of Habeas Corpus filed in the Alameda County Superior Court likewise

14 acknowledges that petitioner did not file a petition for review from the denial of his appeal).[1/]

15     On March 7, 2007, petitioner filed a state habeas petition in the Alameda County Superior

16 Court, which the court denied on April 30, 2007.  Pet. Exhs. 1 & 2.  On October 1, 2007, petitioner

17 filed a state habeas petition in the California Supreme Court, which the court denied on March 13,

18 2008.  Pet. at 14-26; Resp. Exh. 3.  That petition was denied on June 30, 2004.  Resp. Exh. 3.

19 Petitioner filed his federal habeas petition on August 11, 2008.  This Court issued an order to show

20 cause on August 18, 2008.

21 ///

22 ///

23 ///

24 ///

25

26

---

27     1.  On page four of his federal petition, petitioner asserts that he filed a petition for review
before the California Supreme Court in 2004, but does not give a case number or a result of the
28 decision.  Petitioner offers no evidence to support this assertion.

Motion To Dismiss For Untimeliness - C 08-3811 WHA (PR)

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ARGUMENT**

**THE PETITION IS UNTIMELY**

Petitioner's case is governed by the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), which applies to all cases filed after its effective date of April 24, 1996. *Lindh v. Murphy*, 521 U.S. 320 (1997). Whereas prior law imposed few meaningful time constraints on the filing of federal habeas petitions, the AEDPA imposes a one-year statute of limitations. 28 U.S.C. § 2244(d). The year commences on the latest of (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review; (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevent from filing by such State action; (C) the date on which a constitutional right is newly recognized and made retroactively applicable; or (D) the date on which the factual predicate of the claim presented could have been discovered through the exercise of due diligence. 28 U.S.C. § 2244(d)(1).

Judged by these principles, and in the absence of any other factual assertion by petitioner, the year in this case commenced on "the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review." 28 U.S.C. § 2244(d)(1)(A). Petitioner's state judgment became final on July 15, 2003, when the time for filing a petition for review elapsed, 10 days after the date the court of appeal opinion became final, which was 30 days after the court of appeal issued its opinion. Cal. R. Ct. 8.264 & 8.500(e)(1).

The statute of limitations under the AEDPA expired one year later on July 15, 2004. Petitioner waited nearly three more years before filing his first state habeas petition in the Alameda Superior Court. *See Ferguson v. Palmateer*, 321 F.3d 820, 823 ("[S]ection 2244(d) does not permit the reinitiation of the limitations period that has ended before the state petition was filed."). Consequently, the instant petition must be dismissed as having been filed after the expiration of the statute of limitations.

Motion To Dismiss For Untimeliness - C 08-3811 WHA (PR)

3

1

**CONCLUSION**

2

Respondent respectfully requests that the petition for writ of habeas corpus be dismissed.

3

Dated:  August 26, 2008

4

Respectfully submitted,

5

EDMUND G. BROWN JR.
Attorney General of the State of California

6

DANE R. GILLETTE
Chief Assistant Attorney General

7

GERALD A. ENGLER
Senior Assistant Attorney General

8

PEGGY S. RUFFRA
Supervising Deputy Attorney General

9

10

/s/ Jeffrey M. Laurence

11

JEFFREY M. LAURENCE
Deputy Attorney General

12

Attorneys for Respondent

13

JML:jw
20136182.wpd

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Motion To Dismiss For Untimeliness - C 08-3811 WHA (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **Dameon Ray Franklin v. Anthony Hedgpeth, Warden**

No.:   **C 08-3811 WHA (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>August 26, 2008</u>, I served the attached

**MOTION TO DISMISS FOR UNTIMELINESS**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Dameon Ray Franklin**
**T-29665**
**Kern Valley State Prison**
**C4-107**
**PO Box 5103**
**Delano, CA 93216**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on August 26, 2008, at San Francisco, California.

|  |  |
|---|---|
| J. Wong | |
| Declarant | Signature |

20136189.wpd

# CALIFORNIA APPELLATE COURTS

Case Information



Welcome

Search

E-mail

Calendar

Help

Opinions

## 1st Appellate District

Change court ▼

Court data last updated: 08/26/2008 01:05 PM

**Case Summary    Docket    Scheduled Actions    Briefs
Disposition    Parties and Attorneys    Trial Court**

## Docket (Register of Actions)

**The People v. Franklin et al.
Division 3
Case Number A096254**

| Date | Description | Notes |
|------|-------------|-------|
| 09/20/2001 | Notice of appeal lodged/received (criminal). | Dameon Franklin; 9/7/01.(C136007B) |
| 09/25/2001 | Notice of appeal lodged/received (criminal). | Stacy Lytle; 9/18/01.(C136007A) |
| 10/09/2001 | Notice to reporter to prepare transcript. | Reminder notices sent to CSR's dated 10/4/01. |
| 10/31/2001 | Telephone conversation with: | Carol @ superior court, the rptrs were notified 9/13/01. Txs due 11/3/01. |
| 11/27/2001 | Telephone conversation with: | Valerie @ superior court, she will get back w/me on the status. |
| 11/28/2001 | Telephone conversation with: | Carol @ superior court, the record was sent to DCA 11/10/01 but filed under the co-defts appeal #A096216. She will send a CCC for the record to be applied for both appeals. |
| 12/04/2001 | Counsel appointment order filed. | aty Jones for d/a Franklin (Dameon) assisted |
| 12/19/2001 | Order filed. | transferring case from Div. 1 to Div. 3 |
| 01/11/2002 | Certificate of county clerk filed. | One record was prepared for dfdnt Stacy Lytle C136007A (A096254), Dfdnt Dameon Franklin C136007B (A096254) and dfndt Shuante Gulledge C136665 (A096216). All 3 dfndt where tried together. |
| 01/11/2002 | Record on appeal filed. | c-2 - r-12 (Record filed in A096216) |
| 02/21/2002 | 32.1(b) letter received from: | aty jones. (see 35e request) |

| 02/22/2002 | Note: | fdap re appointment for stacey |
|---|---|---|
| 03/04/2002 | Filed augmented record pursuant to rule 32.1(b) | (see request ) |
| 03/08/2002 | Default sent to court appointed counsel. | atty Jones |
| 03/13/2002 | Counsel appointment order filed. | atty steinberg for Lytle indep (40) |
| 03/21/2002 | Exhibits lodged. | court exhibits 2-5 (copies) |
| 04/03/2002 | Filed letter from: | atty steinberg joining in the 35e requests filed on behalf of counsel for co-aplt. franklin |
| 04/08/2002 | Telephone conversation with: | cnsl jones he states hasn't received default notice will submit ext asap |
| 04/10/2002 | Requested - extension of time. | Attorney: Jones, Rodney Party: Franklin, Dameon |
| 04/12/2002 | Granted - extension of time. | Attorney: Jones, Rodney Party: Franklin, Dameon |
| 04/23/2002 | Default sent to court appointed counsel. | atty steinberg for Stacy Lytle |
| 05/09/2002 | Default sent to court appointed counsel. | atty jones |
| 05/13/2002 | Motion filed. | consolidate a096216 and a096254 |
| 05/23/2002 | Appellant's opening brief. | Attorney: Steinberg, John Party: Lytle, Stacy Attorney: First District Appellate Project Party: Lytle, Stacy |
| 06/05/2002 | Appellant's opening brief. | Attorney: Jones, Rodney Party: Franklin, Dameon |
| 06/07/2002 | Application filed to: | file supplemental aob(aob attached) |
| 06/11/2002 | To court. | mtn consolidate a096216 and a096254 |
| 06/21/2002 | Order filed. | Respondent's unopposed motion to consolidate the appeals in case numbers A096216 and A096254 is granted for purposes of further briefing, oral argument (if any), and decision. Respondent shall file its brief in the consolidated appeal on or before Friday, July 19, 2002. All counsel are directed to list both case numbers on all future pleadings. |
| 07/22/2002 | Order filed. | aplts unopposed mtn to file a supplemental opening brief granted. |

| | | supplemental brief received 06/07/02 ordered filed as part of the record on appeal. rbf due on or before 08/16/02. response to aplts supplemental shall be included in rbf. |
|---|---|---|
| 07/22/2002 | Supplemental brief filed by: | Attorney: Steinberg, John<br>Party: Lytle, Stacy |
| 07/25/2002 | Requested - extension of time. | |
| 07/25/2002 | Granted - extension of time. | Attorney: Office of Attorney General<br>Party: The People |
| 08/22/2002 | Respondent notified pursuant to rule 17(a)(2) or 37(b). | sent in error ext filed 08/20/02 |
| 08/20/2002 | Requested - extension of time. | Attorney: Office of Attorney General<br>Party: The People |
| 08/27/2002 | Granted - extension of time. | Attorney: Office of Attorney General<br>Party: The People |
| 09/23/2002 | Respondent notified pursuant to rule 17(a)(2) or 37(b). | |
| 10/25/2002 | Requested - extension of time. | Attorney: Office of Attorney General<br>Party: The People<br>recd 10/23/02 |
| 11/01/2002 | Granted - extension of time. | Attorney: Office of Attorney General<br>Party: The People |
| 12/02/2002 | Requested - extension of time. | Attorney: Office of Attorney General<br>Party: The People |
| 12/06/2002 | Granted - extension of time. | Attorney: Office of Attorney General<br>Party: The People |
| 12/06/2002 | Note: | NO FURTHER EXT CONTEMPLATED FOR RBF |
| 12/11/2002 | Respondent's brief. | Attorney: Office of Attorney General<br>Party: The People |
| 12/31/2002 | Telephone conversation with: | Rodney Jones, cnsl for aplt Dameon: will file request to file late arb (with arb attached) on Monday, 1/6/03. |

| 01/03/2003 | Appellant's reply brief. | Attorney: Steinberg, John<br>Party: Lytle, Stacy<br>certified mail 12/30/02 |
|---|---|---|
| 01/08/2003 | ARB not filed (time elapsed or notice no brief). | from atty rodney jones case cfb today |
| 01/08/2003 | Case fully briefed. | |
| 01/10/2003 | Appellant's reply brief. | Attorney: Jones, Rodney<br>Party: Franklin, Dameon<br>permission to file granted |
| 02/05/2003 | Oral argument waiver notice sent. | |
| 02/05/2003 | Case on conference list. | 03/02 |
| 02/06/2003 | To court. | Case for Review. |
| 02/19/2003 | Argument waived by: (no response - 10 day notice) | |
| 02/26/2003 | Request for oral argument filed by: | atty Jones for Franklin |
| 04/18/2003 | Calendar notice sent.<br>Calendar date: | 5/13/03; 9 a.m. |
| 05/06/2003 | Supplemental brief filed by: | Attorney: Office of Attorney General<br>Party: The People |
| 05/13/2003 | Cause argued and submitted. | |
| 05/22/2003 | Order filed. | request for reconsideration of ruling granting aplts Gulledge's supplemental motion to augment record is denied. |
| 06/02/2003 | Opinion filed. | |
| 06/13/2003 | Note: | copy of opinion remail to atty jones and Steinberg |
| 07/01/2003 | Record transmitted to Supreme Court. | Case for review. |
| 07/03/2003 | Petition for review filed in Supreme Court. | |
| 09/11/2003 | Remittitur issued. | |
| 09/11/2003 | Case complete. | |
| 10/08/2003 | Record returned from Supreme Court. | On Conference list for 10/01/03 |
| 09/24/2004 | Shipped to state retention center, box # / list #: | L184 |
| 10/01/2007 | Received copy of: | Petition for Writ of Habeas Corpus filed in Supreme Court |

**Click here to request automatic e-mail notifications about this case.**



# CALIFORNIA APPELLATE COURTS
## Case Information

Supreme
Court

Welcome

Search

E-mail

Calendar

Help

Opinions

C|C
home

## Supreme Court

Change court ▼

Court data last updated: 08/26/2008 01:53 PM

**Case Summary   Docket   Briefs
Disposition   Parties and Attorneys   Lower Court**

## Docket (Register of Actions)

### PEOPLE v. GULLEDGE
### Case Number S117232

| Date | Description | Notes |
|---|---|---|
| 06/30/2003 | Received premature petition for review | from counsel for appellant (Stacy Lytle). |
| 07/03/2003 | Case start: Petition for review filed | by counsel for appellant (Stacy Lytle). |
| 07/03/2003 | 2nd petition for review filed | by counsel for appellant (Shawnte Gulledge). |
| 07/03/2003 | Record requested | A096216 & A096254 |
| 07/07/2003 | Received Court of Appeal record | A096216-file jacket/briefs/two sealed envelopes/envelope of exhibits/one box |
| 07/08/2003 | Received Court of Appeal record | A096254-file jacket/briefs/envelope of exhibits |
| 08/27/2003 | Petitions for review denied | Werdegar, J., was absent and did not participate. |

**Click here to request automatic e-mail notifications about this case.**

©2007 Judicial Council of California

# CALIFORNIA APPELLATE COURTS
## Case Information



| Supreme Court |
|---|
| Welcome |
| Search |
| E-mail |
| Calendar |
| Help |
| Opinions |

**Supreme Court**

Change court ▽

Court data last updated: 08/26/2008 01:53 PM

**Case Summary** **Docket** **Briefs**
**Disposition** **Parties and Attorneys** **Lower Court**

## Docket (Register of Actions)

**FRANKLIN (DAMEON RAY) ON H.C.**
**Case Number** S156786

| Date | Description | Notes |
|---|---|---|
| 10/01/2007 | Petition for writ of habeas corpus filed | by Dameon Ray Franklin, petitioner in Pro Per. |
| 03/19/2008 | Petition for writ of habeas corpus denied | |

**Click here** to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California

C|C
home